UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 14-1228-MWF(ASx)**                                  Dated: **September 23, 2015**

Title:       Frank Singh -*v*- Peter Chinn, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | Not Reported |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

On July 20, 2015, the Court held a hearing on the Order to Show Cause regarding Default Judgment issued on June 11, 2015. The Court found that the Order to Show was discharged, and ordered counsel to proceed expeditiously in requesting the clerk to enter default and then filing a Motion for Default Judgment.

Several months have now passed, and Plaintiff has made no filings in this case since. Accordingly, the Court **ORDERS** Plaintiff to show cause, in writing, why this action should not be dismissed by **October 12, 2015**. This Order will be discharged if Plaintiff files a Request for Entry of Default with the clerk by **October 12, 2015**, and a Motion for Entry of Default Judgment no later than **14 days** after default is entered by the clerk. Plaintiff's failure to meet these deadlines will result in dismissal of the case with prejudice as to Defendant Peter Chinn.

**IT IS SO ORDERED.**